**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEFFERY C. ELMORE,
ADC #091418**                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 1:16-CV-119-KGB-BD**

**JUSTIN PETER, et al.**                                                     **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge

Kristine G. Baker. You may file written objections to this Recommendation. If you file

objections, they must be specific and must include the factual or legal basis for your

objection. Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without

independently reviewing the record. By not objecting, you may also waive any right to

appeal questions of fact.

**II.     Discussion**

Jeffrey Elmore, an Arkansas Department of Correction inmate, filed this lawsuit

without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his original

complaint, Mr. Elmore purported to sue on behalf of himself as well as sixteen other

inmates. Because an inmate cannot pursue legal claims on behalf of other inmates, the

Court severed this lawsuit into seventeen separate lawsuits.

The Court instructed Mr. Elmore to file an amended complaint to clarify his constitutional claims. (#6) He filed an amended complaint, but it contained a number of defects. The Court gave Mr. Elmore another opportunity to amend, and he filed a second amended complaint.

In his second amended complaint, Mr. Elmore stated a retaliatory transfer claim and a retaliatory discipline claim; but he failed to identify the Defendants who were responsible for the retaliation. Therefore, the Court gave Mr. Elmore a final chance to amend his complaint. (#11)

Mr. Elmore asked Judge Baker to reconsider the order requiring him to file a third amended complaint. (#12) The motion for reconsideration was denied; and he was given an additional thirty days to file a third amended complaint. (#16)

On October 19, 2017, Mr. Elmore moved for additional time to file his third amended complaint, which the Court granted. (#17, #18) Mr. Elmore was allowed until November 20, 2017 to file his third amended complaint. As of this date, Mr. Elmore has not filed a third amended complaint, as ordered, and the time for complying with the Court's order has expired.

## III.   Conclusion

The Court recommends that Mr. Elmore's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 19, 2017 order and his failure to prosecute this lawsuit.

DATED this 8th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE