# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| **JEFFERY C. ELMORE,** ADC # 091418 | | **PLAINTIFF** |
| v. | Case No. 1:16-cv-00119-KGB/BD | |
| **JUSTIN PETER,** *et al.* | | **DEFENDANTS** |

## ORDER

The Court has received a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Beth Deere (Dkt. No. 19). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Therefore, plaintiff Jeffery C. Elmore's complaint is hereby dismissed without prejudice for failure to comply with this Court's prior order (Dkt. No. 18).

So ordered this the 5th day of March, 2018.

_____
Kristine G. Baker
United States District Judge