IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY C. ELMORE,
ADC # 091418                                                                                           PLAINTIFF

v.                             Case No. 1:16-cv-00119-KGB/BD

JUSTIN PETER, *et al*.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jeffery C. Elmore's claims are dismissed without prejudice.

So adjudged this the 5th day of March, 2018.

_____
Kristine G. Baker
United States District Judge